First Coin Machine Exchange, Inc., Appellee, v. City of Chicago, a Municipal Corporation, and Richard J. Daley, Mayor of City of Chicago; William T. Prendergast, City Collector of the City of Chicago; and John C. Marcin, City Clerk of City of Chicago, Appellants.

Gilbert Kitt and Virginia Kitt, Copartners doing business as Empire Coin Machine Exchange, Appellee, v. City of Chicago, a Municipal Corporation, and Richard J. Daley, Mayor of City of Chicago; William T. Prendergast, City Collector of City of Chicago; and John C. Marcin, City Clerk of City of Chicago, Appellants.

Gen. Nos. 47,144, 47,145, 47,158, consolidated.

First District, First Division.

March 12, 1957.

Released for publication May 2, 1957.

Cases Nos. 47,144, 47,145, 47,158: John C. Melaniphy, Corporation Counsel of the City of Chicago, for defendants-appellants, Sydney R. Drebin, and Robert J. Collins, Assistant Corporation Counsel, of counsel. Case No. 47,144: Foster, Richards & Hurst, for appellee, Stanley H. Richards, Donald A. Mitch-

ell, and Albert M. Sheppard, of counsel. Cases Nos. 47,145, 47,158: no brief filed for appellants. Opinion by JUDGE BURKE. **Not to be published in full.**